NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

DEC 21 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL SCHAEFER,

          Plaintiff-Appellant,

  v.

BARBARA CEGAVSKY, Secretary of
State, State of Nevada,

          Defendant-Appellee.

No. 17-15961

D.C. No. 2:16-cv-00004-JAD-VCF

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Jennifer A. Dorsey, District Judge, Presiding

Submitted December 18, 2017[**]

Before:     WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

    Michael Schaefer appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action challenging the constitutionality of a

Nevada election statute. We have jurisdiction under 28 U.S.C. § 1291. We review

de novo a sua sponte dismissal. *Omar v. Sea–Land Serv., Inc.*, 813 F.2d 986, 991

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 1987).  We may affirm on any ground supported by the record.

*Thompson v. Paul*, 547 F.3d 1055, 1058-59 (9th Cir. 2008).  We affirm.

Dismissal of Schaefer's action was proper because the issues involved were actually litigated and decided in Schaefer's prior federal court action.  *See Taylor v. Sturgell*, 553 U.S. 880, 892 (2008) (issue preclusion bars "successive litigation of an issue of fact or law actually litigated and resolved in a valid court determination essential to the prior judgment, even if the issue recurs in the context of a different claim" (citation and internal quotation marks omitted)); *Howard v. City of Coos Bay*, 871 F.3d 1032, 1040-41 (9th Cir. 2017) (setting forth issue preclusion elements under federal law).

**AFFIRMED.**